*Alias Summons Issued* 9/01/05

**FILED**
SEP - 1 2005
U. S. DISTRICT COURT
E. DIST. OF MO.

No. 4:05CR000443 MLM

# United States District Court
Eastern District of Missouri

UNITED STATES OF AMERICA (
(
vs. (
(
ORIN D. BRONAUGH (

September 1, 2005

## MEMORANDUM FOR CLERK

Defendant Orin D. Bronaugh was to appear on Friday, August 26, 2005 at 10:00 a.m. before the Honorable United States Magistrate Judge Mary Ann L. Medler for an initial appearance in the above matter. Orin D. Bronaugh did not appear as directed nor did he respond to the Court's Summons calling for his appear on Friday, August 26, 2005 at 10:00 a.m.

Accordingly, the government requests that the attached Alias Summons be issued ordering Defendant Orin D. Bronaugh to appear before this court on Friday, September 30, 2005 at 9:00 a.m.

FREDERICK J. DANA #2927
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
Attorney for the United States of America,
Plaintiff

SO ORDERED

_____
United States Magistrate Judge

9/1/05
Date